## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DESIREE SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION 04-0556-BH-D |
| | ) |
| ST MOBILE AEROSPACE | ) |
| ENGINEERING, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated the 17th day of October, 2005, is **ADOPTED** as the opinion of this Court.

**DONE** this 14th of November, 2005.

                                                      s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE