IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DESIREE SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 04-0556-BH-D |
| ST MOBILE AEROSPACE ENGINEERING, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that plaintiff's action be and it hereby is **DISMISSED**.

**DONE** this 14th day of November, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE